UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| NEIL P. ROBINSON, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 1:06-cv-222 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | Judge Mattice |
| *Defendant*. | ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 26] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiff's motion for judgment on the pleadings [Doc. No. 18] is **DENIED**, Defendant's motion for summary judgment [Doc. No. 22] is **GRANTED**, the Commissioner of Social Security's decision to deny benefits is **AFFIRMED**, and the instant action is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 5th day of February, 2008.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE